UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| UNITED STATES OF AMERICA | ) | INDICTMENT NO: |
|---|---|---|
| v. | ) | VIO: 18 U.S.C. §922(g)(1) |
| | ) | Possession of Firearm by a |
| ROBERT BEECHER, | ) | Convicted Felon |
| Defendant. | ) | CR614-018 |

### COUNT ONE
(Possession of Firearm by a Convicted Felon)

**THE GRAND JURY CHARGES THAT**:

Between on or about February 5, 2014, and February 15, 2014, in Tattnall County, within the Southern District of Georgia, the defendant,

**ROBERT BEECHER**,

who before that time had been convicted of a felony offense, an offense punishable by imprisonment for a term exceeding one year, did unlawfully and knowingly possess, in and affecting commerce, a firearm, that is, one Marlin .30-30 rifle, Model 336, serial number 231106294, which had previously been transported in interstate commerce, in violation of 18 U.S.C. §922(g)(1).

### COUNT TWO
(Possession of Firearm by a Convicted Felon)

**THE GRAND JURY CHARGES THAT**:

On or about May 7, 2014, in Tattnall County, within the Southern District of Georgia, the defendant,

**ROBERT BEECHER**,

who before that time had been convicted of a felony offense, an offense punishable by

imprisonment for a term exceeding one year, did unlawfully and knowingly possess, in and affecting commerce, firearms, that is,

    one Marlin 30-30 rifle, Model 336, serial number 231106294,
    one Remington .22 caliber rifle, Model 597, serial number A2666353, and
    one Hi-Point .45 caliber pistol, Model JHP, serial number 460571,

all of which had previously been transported in interstate commerce, in violation of 18 U.S.C. §922(g)(1).

A TRUE BILL.

_____
Foreperson

Edward J. Tarver
United States Attorney

James D. Durham
First Assistant United States Attorney

Brian T. Rafferty
Criminal Division Chief

Carlton R. Bourne, Jr.**
Assistant United States Attorney

** Lead counsel