UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO: |
| | ) | |
| v. | ) | VIO:  18 U.S.C. §922(g)(1) |
| | ) | Possession of Firearm by a |
| ROBERT BEECHER, | ) | Convicted Felon |
| | ) | |
| Defendant. | ) | |

CR614-018

**PENALTY CERTIFICATION**

The undersigned Assistant United States Attorney hereby certifies that the maximum penalty for the offenses charged in the Indictment are as follows:

**COUNTS ONE and TWO:**  Possession of Firearm by a Convicted Felon
18 U.S.C. §922(g)(1)

NOT MORE THAN TEN (10) YEARS IMPRISONMENT;
A FINE OF NOT MORE THAN $250,000;
NOT MORE THAN THREE (3) YEARS SUPERVISED RELEASE;
AND A $100 SPECIAL ASSESSMENT.

With 3 Qualifying Convictions:

NOT LESS THAN FIFTEEN (15) YEARS OR MORE THAN LIFE IMPRISONMENT;
A FINE OF NOT MORE THAN $250,000;
NOT MORE THAN FIVE (5) YEARS SUPERVISED RELEASE;
AND A $100 SPECIAL ASSESSMENT

Respectfully submitted this 4th day of June, 2014.

EDWARD J. TARVER
UNITED STATES ATTORNEY

Carlton R. Bourne, Jr.
Assistant United States Attorney
SC Bar Number 007868

Post Office Box 8970
Savannah, Georgia 31412
Telephone Number: 912-652-4422