IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 6:14-CR-00018-BAE-GRS |
| | ) | |
| ROBERT BEECHER | ) | |

**NOTICE OF POTENTIAL SCHEDULING CONFLICT**

ROBERT BEECHER hereby respectfully notifies this court of his attorney of record's potential scheduling conflict from July 1, 2014 through July 3, 2014.

Mr. Beecher was indicted in this case on June 4, 2014, and he anticipates that his arraignment will be held in the near future. His attorney of record is scheduled to attend a sentencing hearing in the case of *United States of America v. Robert D. King*, No. 4:12-CR-00087 (S.D. Tex. February 15, 2012) in Houston, Texas on July 2, 2014 at 10:30 a.m., and he will travel to and from Houston on the days before and after the hearing. Mr. Beecher respectfully requests this court not to schedule his arraignment to be held during those dates.

Date:        June 16, 2014

        Respectfully submitted,

        ***s/ Joshua Sabert Lowther, Esq.***
        Joshua Sabert Lowther, Esq.
        GA Bar No. 460398
        National Federal Defense Group
        P.O. Box 3162, Savannah, GA 31402
        O 866.380.1782 | M 912.596.2935
        jlowther@nationalfederaldefense.com
        http://www.nationalfederaldefense.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 6:14-CR-00018-BAE-GRS |
| | ) | |
| ROBERT BEECHER | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2014, I electronically filed the foregoing NOTICE OF POTENTIAL SCHEDULING CONFLICT with the Clerk of the United States District Court for the Southern District of Georgia by way of the CM/ECF system, which automatically will generate a Notice of Electronic Filing ("NEF") of the aforementioned document and serve that NEF on all interested parties to this case by way of electronic mail.

Date:    June 16, 2014

Respectfully submitted,

***s/ Joshua Sabert Lowther, Esq.***
Joshua Sabert Lowther, Esq.
GA Bar No. 460398
National Federal Defense Group
P.O. Box 3162, Savannah, GA 31402
O 866.380.1782 | M 912.596.2935
jlowther@nationalfederaldefense.com
http://www.nationalfederaldefense.com

3