# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

CASE NO. CR614-18-01      MINUTES      JUDGE CODE: 3J07

UNITED STATES OF AMERICA

_____ Plaintiff

**FRED KRAMER**
Counsel for Plaintiff

VS.
ROBERT BEECHER

JOSHUA LOWTHER(RET)

_____ Defendant

Counsel for Defendant

ALSO PRESENT:     **JENNIFER**     Courtroom Deputy Clerk
                  **FTR**           Court Reporter
                                    U. S. Marshal
                  FRAZIER           U. S. Probation
10:12 – 10:16                       Law Clerk
                                                    SAVANNAH, GA
6/19/14
DATE                                                PLACE

CASE CALLED THIS DATE FOR ~~INITIAL APPEARANCE~~/ARRAIGNMENT

CHARGES & MAX PENALTIES SET OUT BY THE COURT

RIGHTS ADVISED

DFT. PLEADS NOT GUILTY; PLEA ENTERED

GOV'T WILL FOLLOW LIBERAL DISCOVERY POLICY    10 days

PRETRIAL MOTIONS DEADLINES SET OUT BY THE COURT; ORDER ENTERED

BOND: PRETRIAL DETENTION WAS PREVIOUSLY ORDERED.

# VERDICT

We, the jury find the defendant, _____

this _____ day of _____, 2014.

_____
*Foreman*

# PLEA

The defendant, __Robert Beecher__, waives arraignment and pleads __not guilty__

In open Court, this __19__ day of __June__, 2014.

_____
*Counsel for Defendant*

x Robert Beecher
*Defendant*

---

USA-40-21-3

EDWARD J. TARVER
United States Attorney

Filed in open Court this __4th__ day of June, 2014.

_____
*Deputy Clerk*

**INDICTMENT**
FOR
18 U.S.C. §922(g)(1)

ROBERT BEECHER

vs.

**UNITED STATES**

Statesboro Division

United States District Court
Southern District of Georgia

No. CR CR614-018

---

# PLEA

The defendant(s) _____

_____

being fully informed and advised by the Court of the charge against him (them), and of his (their) legal right to the assistance of counsel, and that counsel would be appointed by the Court if desired, hereby waives arraignment and benefit of counsel, and pleads

_____

In open Court this _____ day of _____, 2014.

_____
_____
_____

Witness:

_____
*Clerk, United States Courts*