# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 6:14-CR-00018-BAE-GRS |
| | ) | |
| ROBERT BEECHER | ) | |

## MOTION FOR NOTICE OF INTENT TO USE EVIDENCE OF OTHER CRIMES, WRONGS OR ACTS

ROBERT BEECHER, pursuant to Fed. R. Evid. 404(b) and S.D. Ga. L. Cr. R. 16.2, respectfully moves this court to order the government to provide notice to him, on or before July 9, 2014, of the general nature of any and all evidence of other crimes, wrongs, or acts that it intends to introduce at trial and the purpose for its intended use of such evidence.

Date:       June 30, 2014

Respectfully submitted,

*s/ Joshua Sabert Lowther, Esq.*
Joshua Sabert Lowther, Esq.
National Federal Defense Group
P.O. Box 3162, Savannah, GA 31402
O 866.380.1782 | M 912.596.2935
jlowther@nationalfederaldefense.com
http://www.nationalfederaldefense.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 6:14-CR-00018-BAE-GRS |
| ) | |
| ROBERT BEECHER ) | |

## CERTIFICATE OF SERVICE

I certify that on June 30, 2014, I filed the foregoing MOTION FOR NOTICE OF EVIDENCE OF OTHER CRIMES, WRONGS OR ACTS with the clerk of the United States District Court for the Southern District of Georgia by way of the CM/ECF system, which automatically will generate a Notice of Electronic Filing ("NEF") and serve the same on the attorneys of record for all interested parties to this case.

Date:    June 30, 2014

Respectfully submitted,

**_s/ Joshua Sabert Lowther, Esq._**
Joshua Sabert Lowther, Esq.
National Federal Defense Group
P.O. Box 3162, Savannah, GA 31402
O 866.380.1782 | M 912.596.2935
jlowther@nationalfederaldefense.com
http://www.nationalfederaldefense.com

2