IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 6:14-CR-00018-BAE-GRS |
| | ) | |
| ROBERT BEECHER | ) | |

## MOTION TO EXCLUDE STATEMENTS

ROBERT BEECHER, pursuant to 18 U.S.C. § 3501 and *Miranda v. Arizona*, 384 U.S. 436 (1966), respectfully moves this court to exclude the self-incriminating statements that he made to law enforcement agents during their investigation of this case.

### I. Facts

On May 7, 2014, Mr. Beecher made incriminating statements to federal law enforcement agents and a county law enforcement officer, both before and after one of the federal agents advised Mr. Beecher of his rights pursuant to *Miranda*.

### II. Memorandum

The government may not use any statement resulting from a custodial interrogation of a defendant unless that defendant is advised of the

procedural safeguards prescribed in *Miranda*, and the defendant voluntarily, knowingly, and intelligently waives his or her Fifth Amendment right against self-incrimination. *Miranda*, 384 U.S. at 479. Furthermore, the government may not use any self-incriminating statement made by a defendant unless the district court determines, after an evidentiary hearing outside of the presence of the jury, that the defendant voluntarily made it. 18 U.S.C. § 3501(a).

### III.  Conclusion

Mr. Beecher prays that this court hold a hearing to determine whether the statements that he made to law enforcement agents before his being advised of *Miranda* warnings were the result of a custodial interrogation without those warnings, and whether all of the statements that he made to them were voluntary. Mr. Beecher further prays that this court allow him to supplement this motion with an affidavit, pursuant to Fed. R. Crim. P. 47(d) and S.D. Ga. L. Cr. R. 12.1.

Date:        June 30, 2014

                                        Respectfully submitted,

                                        ***s/ Joshua Sabert Lowther, Esq.***
                                        Joshua Sabert Lowther, Esq.
                                        National Federal Defense Group
                                        P.O. Box 3162, Savannah, GA 31402
                                        O 866.380.1782 | M 912.596.2935
                                        jlowther@nationalfederaldefense.com
                                        http://www.nationalfederaldefense.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 6:14-CR-00018-BAE-GRS |
| | ) | |
| ROBERT BEECHER | ) | |

## CERTIFICATE OF SERVICE

I certify that on June 30, 2014, I filed the foregoing MOTION TO EXCLUDE STATEMENTS with the clerk of the United States District Court for the Southern District of Georgia by way of the CM/ECF system, which automatically will generate a Notice of Electronic Filing ("NEF") and serve the same on the attorneys of record for all interested parties to this case.

Date:    June 30, 2014

Respectfully submitted,

*s/ Joshua Sabert Lowther, Esq.*
Joshua Sabert Lowther, Esq.
National Federal Defense Group
P.O. Box 3162, Savannah, GA 31402
O 866.380.1782 | M 912.596.2935
jlowther@nationalfederaldefense.com
http://www.nationalfederaldefense.com

4