# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | **INDICTMENT NO: CR614-18** |
| ) | |
| **v.** ) | **VIO: 18 U.S.C. §922(g)(1)** |
| ) | **Possession of Firearm by a** |
| **ROBERT BEECHER,** ) | **Convicted Felon** |
| ) | |
| **Defendant.** ) | |

## GOVERNMENT'S CERTIFICATE OF DISCLOSURE

Now Comes the United States of America, by and through Edward J. Tarver, United States Attorney for the Southern District of Georgia, and states that copies of the following discovery materials were made available to counsel[1]:

1. Grand Jury Transcript dated June 3, 2014.

EDWARD J. TARVER
UNITED STATES ATTORNEY

*/s/ Carlton R. Bourne, Jr.*

Carlton R. Bourne, Jr.
Assistant United States Attorney
South Carolina Bar No. 007868

Post Office Box 8970
Savannah, Georgia 31412
Telephone Number: 912-652-4422

---

[1] Counsel is reminded that Local Rule of Criminal Procedure 16.1 prohibits defense counsel from disseminating disclosures granted by the government beyond that necessary to the preparation of his client's defense.

## **CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 7th day of July, 2014.

EDWARD J. TARVER
UNITED STATES ATTORNEY

*/s/ Carlton R. Bourne, Jr.*

Carlton R. Bourne, Jr.
Assistant United States Attorney
South Carolina Bar No. 007868

Post Office Box 8970
Savannah, Georgia 31412
Telephone Number: 912-652-4422