UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **INDICTMENT NO: CR614-18** |
| | ) | |
| v. | ) | **VIO: 18 U.S.C. §922(g)(1)** |
| | ) | **Possession of Firearm by a** |
| **ROBERT BEECHER,** | ) | **Convicted Felon** |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT'S REQUEST FOR RECIPROCAL DISCOVERY AND INSPECTION

COMES NOW the United States of America, through its undersigned counsel, and requests, pursuant to Fed. R. Crim. P. 16(b), that the defendant produce the following:

1. All books, papers, documents, photographs, tangible objects, or copies or portions thereof, which are within the possession, custody, or control of the defendant and which the defendant intend to introduce as evidence in chief at the trial; and

2. Any results and reports of physical or mental examinations and of scientific tests or experiments made in connection with this case, or copies thereof, within the possession or control of the defendant, which the defendant intends to introduce as evidence in chief at the trial or which were prepared by a witness whom the defendant intends to call at the trial when the results or reports relate to that witness' testimony.

The United States further requests, pursuant to a defendant's continuing duty to disclose in accordance with Fed. R. Crim. P. 16(c), that the defendant promptly notify the attorney for the United States of the existence of any additional evidence or material requested or ordered, which is subject to discovery or inspection under Fed. R. Crim. P. 16, and which the defendant discovers at a later date prior to or during trial.

Respectfully submitted,

EDWARD J. TARVER
UNITED STATES ATTORNEY

*/s/ Carlton R. Bourne, Jr.*

Carlton R. Bourne, Jr.
Assistant United States Attorney
South Carolina Bar No: 007868

Post Office Box 8970
Savannah, Georgia 31412
Telephone Number: 912-652-4422

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 10th day of July, 2014.

            Respectfully submitted,

            EDWARD J. TARVER
            UNITED STATES ATTORNEY

            */s/ Carlton R. Bourne, Jr.*

            Carlton R. Bourne, Jr.
            Assistant United States Attorney
            South Carolina Bar No: 007868

Post Office Box 8970
Savannah, Georgia 31412
Telephone Number:   912-652-4422