IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

CHANGE OF PLEA IN SAVANNAH CRIMINAL NO. <u>6:14CR-018</u> WITH

THE CONSENT OF THE COURT :

The Defendant, ROBERT BEECHER, having previously entered a plea of not guilty, hereby withdraws that plea and enters a plea of guilty to count(s) ___2___ in the Indictment.

This __16__ day of September, 2014

_____
Defendant

_____
Counsel for the Defendant

Nolle Prosse count(s) at Sentencing___1___

Limited Waiver of Appeal : _X_ Yes___ No