IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | UNDER SEAL |
| | ) | |
| v. | ) | CASE NO. CR 614-18 |
| | ) | |
| ROBERT BEECHER | ) | |

**GOVERNMENT'S MOTION TO SEAL MOTION FOR SENTENCE REDUCTION
PURSUANT TO U.S.S.G. § 5K1.1 and 18 U.S.C. § 3553(e)**

NOW COMES THE UNITED STATES OF AMERICA, by and through Edward J. Tarver, United States Attorney for the Southern District of Georgia, and respectfully moves the Court to file a motion for reduction of sentence pursuant to U.S.S.G. § 5K1.1 and 18 U.S.C. § 3553(e) under seal. In support of this motion, the government shows that the open filing of the motion could jeopardize the safety of the cooperating defendant and the integrity of an ongoing investigation.

WHEREFORE, the government moves the motion for reduction of sentence pursuant to U.S.S.G. § 5K1.1 and 18 U.S.C. § 3553(e) be sealed until further Order of this Court.

EDWARD J. TARVER
UNITED STATES ATTORNEY

for Carlton R. Bourne, Jr.
Assistant United States Attorney
South Carolina State Bar No. 007868

## CERTIFICATE OF SERVICE

This is to certify that I have served the Defendant's counsel via United States Postal Service:

Joshua Sabert Lowther
National Federal Defense Group
P.O. Box 3162
Savannah, GA 31402

This 24th day of December, 2014

Respectfully submitted,

EDWARD J. TARVER
UNITED STATES ATTORNEY

s/Carlton R. Bourne, Jr.
Carlton R. Bourne, Jr.
Assistant United States Attorney
South Carolina State Bar No. 007868

Post Office Box 8970
Savannah, Georgia 31412
(912) 652-4422